CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOLORES PRESS, INC., a California corporation; et al., | ) ) | CASE NO.  CV 16-1275-R |
| | ) | JUDGMENT OF DISMISSAL |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PATRICK ROBINSON, et al., | ) ) | |
| Defendants. | ) ) | |

On July 28, 2016, this Court granted the Motion to Dismiss under Federal Rules of Civil Procedure, Rule 12(b)(6) filed by Defendants Patrick Robinson, Truth Seekers, Inc., and Doc's Dream, LLC.

**NOW, THEREFORE, IT IS ADJUDGED AND DECREED THAT** the Complaint is dismissed.  Judgement is hereby entered in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: January 12, 2017.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE